Case 5:25-cv-01444-JGB-DTB   Document 12   Filed 06/18/25   Page 1 of 2   Page ID
Case 5:25-cv-01444-JGB-DTB   Document 10   Filed 06/10/25   Page 1 of 2   Page ID
#:53

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>*Plaintiff(s)*<br>v.<br>COUNTY OF RIVERSIDE; JOHN BARTO; and DOES 1-10, inclusive,<br><br>*Defendant(s)* | Civil Action No.   5:25-cv-01444-JGB-DTB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   JOHN BARTO; and DOES 1-10, inclusive
Riverside County Sheriff's Department
4095 Lemon Street
Riverside, CA 92501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo; dalekgalipo@yahoo.com
Marcel F. Sincich; msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333 | Fax: (818) 347-4118

GRECH, PACKER, & HANKS
Trenton C. Packer;
tpacker@grechpackerlaw.com
7095 Indiana Ave., Suite 200
Riverside, CA 92506
Phone: (951) 682-9311

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   6/10/2025                                           /Hunt/
                                                    *Signature of Clerk or Deputy Clerk*

Case 5:25-cv-01444-JGB-DTB   Document 12   Filed 06/18/25   Page 2 of 2   Page ID
Case 5:25-cv-01444-JGB-DTB   Document 10   Filed 06/10/25   Page 2 of 2   Page ID
#:54

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __John Barto__
was received by me on *(date)* __6/10/25__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Maria Diaz (Sheriff's records / clerk__, who is
designated by law to accept service of process on behalf of *(name of organization)*
__John Barto__ on *(date)* __6/18/25__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ __∅__ for travel and $ __∅__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __6/18/25__

__Kayla__
*Server's signature*

__Kayla Pena Pham / law clerk__
*Printed name and title*

__7095 Indiana Ave., Suite 200__
*Server's address*
__Riverside, CA 92506__

Additional information regarding attempted service, etc:
(Served on the 5th floor of the Riverside County Sheriff's Department. I typically will request our copy of the Proof of Service to be stamped by the individual accepting service — however, Maria Diaz said she did not have a stamp.)