NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Nathan A. Oyster (SBN 225307)
noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

ATTORNEY(S) FOR: Defendants COUNTY OF RIVERSIDE, et al.,

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiff(s),<br><br>v.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO; and DOES 1-10, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>5:25-cv-01444-JGB-DTB<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants COUNTY OF RIVERSIDE and JOHN BARTO
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| JOHN DOBBINS | Plaintiff |
| COUNTY OF RIVERSIDE | Defendant |
| JOHN BARTO | Defendant |

7/9/2025
Date

Caylin W. Jones
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants COUNTY OF RIVERSIDE and JOHN BARTO