**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**GRECH, PACKER & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff,* JOHN DOBBINS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-01444-JGB-DTB<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge David T. Bristow]<br><br>**REQUEST FOR PLAINTIFF'S ATTORNEY MARCEL F. SINCICH TO APPEAR REMOTELY AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL** |

## TO THE HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:

Plaintiff John Dobbins, by and through his attorneys of record, hereby respectfully requests an order permitting his counsel Marcel F. Sincich to appear remotely on his behalf in lieu of lead trial counsel, Dale K. Galipo, at the Scheduling Conference on October 27, 2025. Plaintiff acknowledges that the Court's Order Setting Scheduling Conference (Dkt. 20) requires that each party be represented at

the Scheduling Conference by lead trial counsel. However, Plaintiff submits that good cause exists to allow Mr. Sincich to appear remotely in place of Mr. Galipo at the Scheduling Conference because Mr. Sincich resides out of state and Mr. Galipo will be in engaged in trial in Nevada in the matter of *Jeanne Llera, et al. v. Las Vegas Metropolitan Police Department*, Nevada District Court Case No. 2:20-cv-01589-RFB-BNW.

    Mr. Sincich is familiar with the facts and issues in *this* case, as well as the contents of the parties' Joint Rule 26 Report (Dkt. 17). Mr. Sincich participated in the Rule 26 conference between counsel, drafted the parties' Rule 26 Report, and is well-prepared to represent Plaintiff at the Scheduling Conference. Mr. Sincich will also be handling the law and motion for Plaintiff in this case and will be second-chairing the trial in this matter with Mr. Galipo.

    For these reasons, Plaintiff respectfully requests that the Court issue an order permitting Mr. Sincich to appear remotely at the Scheduling Conference remotely on October 27, 2025 in lieu of Plaintiff's lead trial counsel Mr. Galipo.

DATED: October 13, 2025                    LAW OFFICES OF DALE K. GALIPO

                                                         By: _____
                                                            Dale K. Galipo
                                                            Marcel F. Sincich
                                                            *Attorneys for Plaintiff,* John Dobbins