UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-01444-JGB-DTB<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge David T. Bristow]<br><br>**[PROPOSED] ORDER PERMITTING PLAINTIFF'S ATTORNEY MARCEL F. SINCICH TO APPEAR REMOTELY AT THE SCHEDULING CONFERENCE IN LIEU OF LEAD TRIAL COUNSEL** |

**TO ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Having reviewed the Request for Plaintiff's Attorney Marcel F. Sincich to Appear remotely at the October 27, 2025 Scheduling Conference In Lieu of Lead Trial Counsel, and good cause appearing therein, it is hereby ordered that Plaintiff's attorney Marcel F. Sincich may appear remotely on Plaintiff's behalf at the Scheduling Conference in lieu of Plaintiff's lead trial counsel, Dale K. Galipo.

Dated: _____        _____
                                                                                      Honorable Jesus G. Bernal