```
Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600   Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF RIVERSIDE and
JOHN BARTO
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01444-JGB-DTB<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO STAY CASE PENDING THE COMPLETION OF ERIC NOURANI'S CRIMINAL CASE**<br><br>Judge: Jesus G. Bernal |

   IT IS HEREBY ORDERED that Defendant's motion to stay is GRANTED.

   1.   This case is stayed until the resolution of *People of the State of California v. Eric Nourani, Riverside County Superior Court Case No. RIF2403019.*

2. The parties are further ordered to submit a joint status report regarding the status of *People of the State of California v. Eric Nourani, Riverside County Superior Court Case No. RIF2403019* every 90 days.

**IT IS SO ORDERED.**

Dated: _____                         _____
                                                Honorable Jesus G. Bernal