Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600  Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF RIVERSIDE and JOHN BARTO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01444-JGB-DTB<br><br>**DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO STAY THE CASE**<br><br>*Filed concurrently with [Notice of Motion and Motion to Stay and Declaration of Caylin W. Jones]*<br><br>Judge: Jesus G. Bernal<br><br>Date: November 24, 2025<br>Time: 9:00 a.m.<br>Crtrm.: 1 |

# REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Defendants County of Riverside and Deputy John Barto respectfully requests that the Court take judicial notice of the following:

1. Criminal Complaint, *People of the State of California v. Eric Nourani*, Case No. RIF2403019, attached hereto as Exhibit "1".

2. Riverside County Superior Court criminal docket, *People of the State of California v. Eric Nourani*, Case No. RIF2403019, attached hereto as Exhibit "2."

Federal Rule of Evidence 201(d) permits the Court to take judicial notice at any time. A judicially noticed fact must be one not subject to reasonable dispute in that it either: "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts may take judicial notice of records and filings of other court proceedings. Bennett v. Medtronic, Inc., 285 F.3d 801, 803 n.2 (9th Cir. 2002). Courts may also take judicial notice of undisputed matters of public record, including papers filed with the state courts. See Disabled Rts. Action Comm. v. Las Vegas Events, Inc., 375 F.3d 861, 866 n.1 (9th Cir. 2004); Lundquist v. Cont'l Cas. Co., 394 F. Supp. 2d 1230, 1243 (C.D. Cal. 2005).

Dated: October 27, 2025

BURKE, WILLIAMS & SORENSEN, LLP

By:  /s/ Caylin W. Jones
Nathan A. Oyster
Caylin W. Jones
Attorneys for Defendants
COUNTY OF RIVERSIDE and JOHN BARTO

4898-2552-3573 v1

2