# EXHIBIT 1

**CASH BOND**
RECOMMENDED
DEF#1 $2,080,000.00
DEF#1 **Potential Life Sentence**
DEF#1 In Custody: 06/13/2024

MICHAEL A. HESTRIN
DISTRICT ATTORNEY

AGENCY#: MA241630004 / RSLM

**FILED**
Superior Court of California
County of Riverside
**06/13/2024**
ALYSSA N GONZALEZ

SUPERIOR COURT OF CALIFORNIA
COUNTY OF RIVERSIDE
(Riverside)

**RIF2403019**

THE PEOPLE OF THE STATE OF CALIFORNIA,

Plaintiff,

v.

ERIC JOHN NOURANI
DOB: 08/15/1991
BOOKING#: 202425027

Defendant.

D.A.#:
CASE NO.
FELONY COMPLAINT

COUNT 1

The undersigned, under penalty of perjury upon information and belief, declares: That the above named defendant(s) ERIC JOHN NOURANI committed a violation of Penal Code section 187, subdivision (a), a felony, in that on or about June 11, 2024, in the County of Riverside, State of California, the defendant(s) did willfully and unlawfully murder JENNIFER ROSE DOBBINS, a human being. [25-L/L/D]

COUNT 2

That the above named defendant(s) ERIC JOHN NOURANI committed a violation of Penal Code section 664, subdivision (e)/187, subdivision (a), a felony, in that on or about June 11, 2024, in the County of Riverside, State of California, the defendant(s) did willfully, unlawfully, and with malice aforethought attempt the willful, deliberate and premeditated murder of RIVERSIDE COUNTY SHERIFF DEPUTY JB, a peace officer. [15-L]

1

It is further alleged that in the commission of the above offense the said defendant(s), ERIC JOHN NOURANI, personally inflicted great bodily injury upon DEPUTY JB, not an accomplice to the above offense, within the meaning of Penal Code sections 12022.7, subdivision (a), and 1192.7, subdivision (c)(8). [3yr. prison]

### COUNT 3

That the above named defendant(s) ERIC JOHN NOURANI committed a violation of Penal Code section 203, a felony, that on or about June 11, 2024, in the County of Riverside, State of California, the defendant(s) did willfully, unlawfully and maliciously deprive a human being of a member of his body and disable, disfigure, and render it useless, and cut and disable the tongue, and put out an eye, and slit the nose, ear, and lip. [2/4/8 prison]

### COUNT 4

That the above named defendant(s) ERIC JOHN NOURANI committed a violation of Penal Code section 69, a felony, in that on or about June 11, 2024, in the County of Riverside, State of California, the defendant(s) did willfully and unlawfully attempt by means of threats and violence to deter and prevent DEPUTY JB, who was then and there an executive officer, from performing a duty imposed upon such officer by law, and did knowingly resist by the use of force and violence said executive officer in the performance of their duty. [16/2/3]

It is further alleged that in the commission of the above offense the said defendant(s), ERIC JOHN NOURANI, personally inflicted great bodily injury upon DEPUTY JB, not an accomplice to the above offense, within the meaning of Penal Code sections 12022.7, subdivision (a), and 1192.7, subdivision (c)(8). [3yr. prison]

### COUNT 5

That the above named defendant(s) ERIC JOHN NOURANI committed a violation of Penal Code section 148.10, a felony, in that on or about June 11, 2024, in the County of Riverside, State of California, the defendant(s) did willfully and unlawfully resist a peace officer in the discharge and attempt to discharge a duty of the officer's office and employment, which resistance proximately caused bodily injury to the officer, when the defendant(s) knew and reasonably should have known that the officer was a peace officer engaged in the performance of the officer's duties, the officer's action being reasonable based on the facts and circumstances

2

confronting the officer at the time, and the detention being lawful and based upon probable cause to detain. [2/3/4]

## MARSY'S LAW

Information contained in the reports being distributed as discovery in this case may contain confidential information protected by Marsy's Law and the amendments to the California Constitution, Article 1, Section 28. Any victim(s) in any above referenced charge(s) is entitled to be free from intimidation, harassment, and abuse. It may be unlawful for defendant(s), defense counsel, and any other person acting on behalf of the defendant(s) to use any information contained in the reports to locate or harass any victim(s) or the victim(s)'s family or to disclose any information that is otherwise privileged and confidential by law.

## DISCOVERY REQUEST

Pursuant to Penal Code section 1054.5, subdivision (b), the People are hereby informally requesting that defense counsel provide discovery to the People as required by Penal Code section 1054.3.

I declare under penalty of perjury upon information and belief under the laws of the State of California that the foregoing is true and correct.
Dated: June 13, 2024

                                        MICHAEL A. HESTRIN
                                        District Attorney

                                        By: Deena M. Bennett
                                        Managing Deputy District Attorney