# EXHIBIT 2

# THE SUPERIOR COURT OF CALIFORNIA
## COUNTY OF RIVERSIDE

# **RIF2403019**          People vs ERIC JOHN NOURANI

Filed Date: **06/13/2024**          **Felony**
Case Status: **Active**          **Riverside - Department 61**

Case Summary          Case Summary

## Case Summary

### ⌄ CASE

| Filing Date | Violation Date | Case Caption | Case Status | Case Type |
|---|---|---|---|---|
| 06/13/2024 | 06/11/2024 | People vs ERIC JOHN NOURANI | Active | Felony |

| Arrest Agency | Arrest Date | Booking Number | Citation Number |
|---|---|---|---|
| Riverside County Sheriff's Department - Lake Matthews | 06/11/2024 | 202425027 | |

| Ordered Bail | Posted Bail |
|---|---|
| $2,000,000.00 | $2,000,000.00 |

### ⌄ COMPLAINTS/PETITIONS

| Filings | Represented By | Status | Dispositions |
|---|---|---|---|
| **People vs ERIC JOHN NOURANI** Felony Felony | | Active | |
| **Felony Complaint ERIC JOHN NOURANI** | | Filed: 06/13/2024 | |
| Petitioner: PEOPLE OF THE STATE OF CALIFORNIA | VANESSA ROMERO | | |
| Defendant: ERIC JOHN NOURANI | PVT JOEY FELBAB | | |

### ⌄ Charges

| Charge Information | Degree | BAC | Plea | Status | Severity |
|---|---|---|---|---|---|
| Felony Complaint ERIC JOHN NOURANI - filed on 06/13/2024 | | | | | |
| Arrest: 187(A) PC Murder | | | | | Felony |
| Charge - Murder Count 001: 187(A) PC Murder (06/11/2024) | 1st degree | | Not Guilty (06/13/2024) | Active | Felony |
| Charge - Attempted murder on peace officer/firefighter Count 002: 664(E)/187(A) PC Attempted murder on peace officer/firefighter (06/11/2024) | | | Not Guilty (06/13/2024) | Active | Felony |
| Enhancement (Felony) - 12022.7(A) PC Any person who personally inflicts great bodily injury (06/11/2024) | | | Deny (06/13/2024) | Active | Enhancement (Felony) |
| Charge - Mayhem Count 003: 203 PC Mayhem (06/11/2024) | | | Not Guilty (06/13/2024) | Active | Felony |
| Charge - Resisting or Deterring Officer Count 004: 69 PC Resisting or Deterring Officer (06/11/2024) | | | Not Guilty (06/13/2024) | Active | Felony |
| Enhancement (Felony) - 12022.7(A) PC Any person who personally inflicts great bodily injury (06/11/2024) | | | Deny (06/13/2024) | Active | Enhancement (Felony) |
| Charge - Resist Arrest as to Cause Death or Serious Injury to Officer Count 005: 148.10 PC Resist Arrest as to Cause Death or Serious Injury to Officer (06/11/2024) | | | Not Guilty (06/13/2024) | Active | Felony |

## HEARINGS

| Date Time | Type | Judicial Officer | Location/Courtroom | Disposition |
|---|---|---|---|---|
| 06/13/2024 01:30 PM | Felony Incustody Arraignment | | Department 61I | Continued |
| 06/25/2024 08:30 AM | Felony Settlement Conference | | Department 61 | Continued |
| 06/25/2024 08:30 AM | Hearing on Motion for Continuance pursuant to 1050PC Filed by Defense Counsel | | Department 61 | Vacated |
| 06/27/2024 08:30 AM | Preliminary Hearing | | Department 61 | Vacated |
| 07/09/2024 08:30 AM | Hearing set re: Bail Hearing | | Department 61 | Continued |

| Date Time | Type | Judicial Officer | Location/Courtroom | Disposition |
|---|---|---|---|---|
| 08/29/2024 08:30 AM | Hearing set re: Bail Hearing | | Department 61 | Vacated |
| 08/29/2024 08:30 AM | Hearing on Motion Re: Motion to Quash Subpoena | | Department 61 | Vacated |
| 08/29/2024 08:30 AM | Felony Settlement Conference | | Department 61 | Continued |
| 09/13/2024 08:30 AM | Hearing set re: Bail Hearing | | Department 45 | Motion Denied |
| 09/13/2024 08:30 AM | Felony Settlement Conference | | Department 45 | Continued |
| 01/09/2025 08:30 AM | Felony Settlement Conference | | Department 61 | Continued |
| 03/17/2025 08:30 AM | Hearing on Motion re: for Discovery of Information in Law Enforcement Files | Gary Polk | Department 61 | Continued |
| 03/17/2025 08:30 AM | Felony Settlement Conference | Gary Polk | Department 61 | Continued |
| 08/14/2025 08:30 AM | Hearing on Motion re: for Discovery of Information in Law Enforcement Files | Gary Polk | Department 61 | Motion Granted |
| 08/14/2025 08:30 AM | Felony Settlement Conference | Gary Polk | Department 61 | Completed |

Results 1-15 of 20      1  2  ›  »

### ⌄ DOCUMENTS

Search

Document Download

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 06/13/2024 | Electronic - Complaint Filed. | | |
| Generated | 06/13/2024 | Legacy Minute Order: Felony Incustody Arraignment | | |
| Filed | 06/18/2024 | CORRECTIONAL HEALTHCARE SERVICES INFORMATION Filed (Confidential) | | YES Confidential |
| Filed | 06/21/2024 | Motion For Continuance Pursuant to 1050 PC Filed by Defense Counsel | | |
| Generated | 06/25/2024 | Legacy Minute Order: Felony Settlement Conference | | |
| Filed | 06/25/2024 | Request for Defense Discovery Filed. | | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 06/25/2024 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 06/28/2024 | Motion in support of bail hearing filed. | | |
| Filed | 07/01/2024 | Bail Bond No. FCS20002799192 filed. Appearance date is 07/09/2024. | | |
| Filed | 07/02/2024 | Protective Order: Law Enforcement Body Worn Camera Evidence filed. | | |
| Filed | 07/03/2024 | Notice of Motion in Support of Bail Hearing Filed. | | |
| Generated | 07/09/2024 | Legacy Minute Order: Hearing set re: Bail Hearing | | |
| Filed | 07/09/2024 | Opposition to People's request for pretrial Filed. | | |
| Filed | 08/27/2024 | Motion to Quash Subpoena Filed. | | |
| Generated | 08/29/2024 | Legacy Minute Order: Felony Settlement Conference | | |
| Filed | 08/29/2024 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Generated | 09/13/2024 | Legacy Minute Order: Felony Settlement Conference | | |
| Generated | 09/13/2024 | Legacy Minute Order: Hearing set re: Bail Hearing | | |
| Filed | 09/13/2024 | Agreement for Conditions of Bail filed. | | |
| Filed | 09/13/2024 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 09/19/2024 | Proof of Enrollment of GPS Monitoring Program filed. | | |
| Filed | 01/07/2025 | Status Report | | |
| Generated | 01/09/2025 | Legacy Minute Order: Felony Settlement Conference | | |
| Filed | 01/09/2025 | Request for Continuance Pursuant to PC 1050 filed. | | |
| Filed | 02/13/2025 | Motion for Discovery of Information in Law Enforcement Files | ERIC JOHN NOURANI | |
| Filed | 02/25/2025 | Installation Certificate | | |
| Filed | 03/17/2025 | Opposition to Motion for Pretrial Discovery | ERIC JOHN NOURANI | |

| Status | Date | Description | Filed By | Confidential |
|---|---|---|---|---|
| Filed | 03/17/2025 | Request for Continuance Pursuant to PC 1050 | | |
| Generated | 03/17/2025 | Minute Order: Hearing on Motion re: for Discovery of Information in Law Enforcement Files | | |
| Generated | 03/17/2025 | Minute Order: Felony Settlement Conference | | |
| Filed | 07/24/2025 | Supplemental Evidence for Motion for discovery of information in law enforcement files (Pitchess Discovery) | ERIC JOHN NOURANI | |
| Filed | 08/05/2025 | Motion to Compel Discovery | | |
| Filed | 08/14/2025 | Request for Continuance Pursuant to PC 1050 | | |
| Filed | 08/14/2025 | Protective Order (Evidence Code 1045 (d) & (e) | | YES Confidential |
| Generated | 08/14/2025 | Minute Order: Felony Settlement Conference | | |
| Generated | 08/14/2025 | Minute Order: Hearing on Motion re: for Discovery of Information in Law Enforcement Files | | |
| Filed | 10/08/2025 | Opposition to Motion to Compel Discovery | | |
| Generated | 10/14/2025 | Minute Order: Felony Settlement Conference | | |
| Generated | 10/14/2025 | Minute Order: Hearing on Motion re: Motion to Compel | | |

## CASE LEDGER

| | Amount | Paid | Balance |
|---|---|---|---|
| Fines and Fees Totals | $0.00 | $0.00 | $0.00 |
| Restitution Totals | $0.00 | $0.00 | $0.00 |

Amount due and balance are as of 01/21/2025

## BONDS

| Type | Surety Company | Number | Amount | Status | Status Date | Filed By |
|---|---|---|---|---|---|---|
| Bail Bond | Financial Casualty & Surety Inc. | FCS20002799192 | 2000000.00 | Posted | 01/09/2025 | ERIC JOHN NOURANI |

Copyright © Journal Technologies, USA. All rights reserved.