**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Tel:   (818) 347-3333
Fax:   (818) 347-4118

**GRECH, PACKER & HANKS**
Trenton C. Packer (SBN 241057)
tpacker@grechpackerlaw.com
7095 Indiana Ave Ste 200
Riverside, CA 92506
Phone: (951) 682-9311

*Attorneys for Plaintiff,* JOHN DOBBINS

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-01444-JGB-DTB<br><br>[*Honorable Jesus G. Bernal*<br>Magistrate Judge David T. Bristow]<br><br>**REQUEST FOR PLAINTIFF'S ATTORNEY MARCEL F. SINCICH TO APPEAR REMOTELY AT THE MOTION TO STAY HEARING IN LIEU OF LEAD TRIAL COUNSEL**<br><br>Date:   November 24, 2025<br>Time:   9:00 a.m.<br>Crtrm.:  1 |

**TO THE HONORABLE COURT, AND ALL PARTIES THROUGH THEIR ATTORNEYS OF RECORD:**

Plaintiff John Dobbins, by and through his attorneys of record, hereby respectfully requests an order permitting his counsel Marcel F. Sincich to appear remotely on his behalf in lieu of lead trial counsel, Dale K. Galipo, at the Motion to

1 | Stay hearing on November 24, 2025. Plaintiff submits that good cause exists to
2 | allow Mr. Sincich to appear remotely in place of Mr. Galipo at the Motion to Stay
3 | hearing because Mr. Sincich resides out of state and Mr. Galipo will be engaged in
4 | trial in Sacramento in the matter of *Quair v. County of Kings*, Eastern District Court
5 | Case No. 1:20-cv-1793.

6 |     For these reasons, Plaintiff respectfully requests that the Court issue an order
7 | permitting Mr. Sincich to appear remotely at the Motion to Stay hearing remotely on
8 | November 24, 2025, in lieu of Plaintiff's lead trial counsel Mr. Galipo.

10 | DATED: November 10, 2025      LAW OFFICES OF DALE K. GALIPO

By: _____
Dale K. Galipo
Marcel F. Sincich
*Attorneys for Plaintiff,* John Dobbins