Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendants
COUNTY OF RIVERSIDE and JOHN BARTO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01444-JGB-DTB<br><br>**STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**<br><br>Judge:  Jesus G. Bernal |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiff JOHN DOBBINS (hereinafter "Plaintiff") and Defendants COUNTY OF RIVERSIDE and JOHN BARTO (hereinafter "Defendants"), through their respective attorneys of record, hereby stipulate to the following:

1.     Plaintiff and Defendants hereby jointly request a continuance of the pretrial deadlines and trial by approximately 90 days. This is the parties' first request for a continuance of the trial date and second request for a continuance of pre-trial dates. The request is based on the reasons set forth below.

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4917-3549-3053 v1                                           1

1. On June 20, 2025, Plaintiff John Dobbins filed his Complaint. Dkt. 1. On July 9, 2025, Defendants filed an Answer to Plaintiff's Complaint. (Dkt. 14).

2. The parties have been diligently engaging in written discovery including Requests for Production, Interrogatories, and Requests for Admission as well as issuing subpoenas for records.

3. During the course of written discovery, it was discovered that decedent had two minor children, both of whom are not a party to the case. Following meet and confer efforts, the parties agreed that in order to avoid future duplicative lawsuits the minors should be named as Plaintiffs in this wrongful death action.

4. Thereafter, Plaintiff made efforts to locate Decedent's minor children. Ultimately, Plaintiff has been unable to get in contact with Decedent's minor children. As such, the parties have agreed that in order to avoid future duplicative lawsuits Plaintiff will open an Estate of Jennifer Dobbins in probate court and thereafter name the Estate as a Plaintiff. The Estate will act as a party on behalf of all heirs to Jennifer Dobbins.

5. Plaintiff is currently in the process of opening an estate for Decedent Jennifer Dobbins and anticipates that this process will be completed within 45-60 days.

6. Currently, without the minor heirs named as Plaintiffs or an Estate in place, the parties are unable to mediate the case as they cannot come to any settlement agreement unless all parties are properly joined. Once the Estate of Jennifer Dobbins is opened and named as a Plaintiff to this case, the parties intend to proceed with depositions and mediation.

7. As such, the parties respectfully request that all pre-trial and trial date be continued as follows:

| Deadline | Current Date | Proposed New Date |
| --- | --- | --- |
| Initial Expert Witness Exchange | August 24, 2026 | November 23, 2026 |
| Rebuttal Expert Witness Exchange | September 7, 2026 | December 7, 2026 |
| All Discovery Cut Off | September 21, 2026 | December 21, 2026 |
| Deadline to Complete Settlement Conference | October 19, 2026 | January 19, 2027 |
| Last Day to Hear Motions | November 30, 2026 | February 22, 2027 |
| Pre-Trial Conference | January 11, 2027 | April 19, 2027 |
| Trial Date | January 26, 2027 | May 4, 2027 |

Dated:  July 22, 2026          BURKE, WILLIAMS & SORENSEN, LLP


By:        /s/ Caylin W. Jones[1]
Nathan A. Oyster
Caylin W. Jones
Attorneys for Defendants
COUNTY OF RIVERSIDE and JOHN
BARTO


Dated:  July 22, 2026          LAW OFFICES OF DALE K. GALIPO


By:    /s/ Marcel F. Sincich
Dale K. Galipo
Marcel F. Sincich
Attorneys for Plaintiff
JOHN DOBBINS

[1] In compliance with Local Rule 5-4.3.4(a)(2)(i), I, Caylin W. Jones, hereby attest that all other signatories listed, and on whose behalf the filing is submitted,