UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:25-cv-01444-JGB-DTB<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE TRIAL AND  PRE-TRIAL DEADLINES**<br><br>Judge:   Jesus G. Bernal |

Pursuant to the parties' stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date and trial related dates are continued as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Initial Expert Witness Exchange | August 24, 2026 | November 23, 2026 |
| Rebuttal Expert Witness Exchange | September 7, 2026 | December 7, 2026 |

| All Discovery Cut Off | September 21, 2026 | December 21, 2026 |
|---|---|---|
| Deadline to Complete Settlement Conference | October 19, 2026 | January 19, 2027 |
| Last Day to Hear Motions | November 30, 2026 | February 22, 2027 |
| Pre-Trial Conference | January 11, 2027 | April 19, 2027 |
| Trial Date | January 26, 2027 | May 4, 2027 |

**IT IS SO ORDERED.**

DATED: _____

_____
Honorable Jesus G. Bernal
United States District Judge