**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (SBN 144074)
dalekgalipo@yahoo.com
Marcel F. Sincich, Esq. (SBN 319508)
msincich@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for Plaintiff*

Nathan A. Oyster (SBN 225307)
E-mail: noyster@bwslaw.com
Caylin W. Jones (SBN 327829)
E-mail: cjones@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, 40th Floor
Los Angeles, California 90071-2942
Tel: 213.236.0600 Fax: 213.236.2700
Attorneys for Defendants
COUNTY OF RIVERSIDE and JOHN BARTO,

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO and DOES 1-10, inclusive.,<br><br>Defendants. | Case No.: 5:25-cv-01444-JGB-DTB<br>[*Honorable Jesus G. Bernal*]<br>Mag. J. David T. Bristow<br><br>**JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES**<br><br>**Trial**: May 4, 2027 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL**

By and through their counsel of record in this action, Plaintiff JOHN DOBBINS and Defendants COUNTY OF RIVERSIDE and JOHN BARTO (together called “the parties”), hereby present this Joint Stipulation To Continue Trial And Pre-Trial Deadlines based on the following good cause:

1. Plaintiff and Defendants hereby jointly request a continuance of the pretrial deadlines and trial by approximately 90 days. This is the parties' second request for a continuance of the trial date and second request for a continuance of pre-trial dates. The request is based on the reasons set forth below.

2. On June 20, 2025, Plaintiff John Dobbins filed his Complaint. (Dkt. 1.) On July 9, 2025, Defendants filed an Answer to Plaintiff's Complaint. (Dkt. 14.)

3. The parties have been diligently engaging in written discovery including Requests for Production, Interrogatories, and Requests for Admission as well as issuing subpoenas for records.

4. During the course of written discovery, it was discovered that decedent had two minor children, both of whom are not a party to the case. Following meet and confer efforts, the parties agreed that in order to avoid future duplicative lawsuits the minors should be named as Plaintiffs in this wrongful death action.

5. Thereafter, Plaintiff made efforts to locate Decedent's minor children. Ultimately, Plaintiff has been unable to get in contact with Decedent's minor children. As such, the parties have agreed that in order to avoid future duplicative lawsuits Plaintiff has been in the process of opening an Estate of Jennifer Dobbins in probate court and thereafter name the Estate as a Plaintiff. The Estate will act as a party on behalf of all heirs to Jennifer Dobbins.

6. Currently, without the minor heirs named as Plaintiffs or an Estate in place, the parties are unable to mediate the case as they cannot come to any settlement agreement unless all parties are properly joined. Once the Estate of Jennifer Dobbins is opened and named as a Plaintiff to this case, the parties intend to proceed with depositions and mediation.

7. Plaintiff is currently in the process of opening an estate for Decedent Jennifer Dobbins. The hearing for the estate was recently scheduled for

December 1, 2026. Plaintiff anticipates that this process will be completed within 30 days of the hearing.

8. Within seven (7) days of the completion of opening the estate, Plaintiff shall file an amended compliant naming the estate as plaintiff.

9. The parties will mediate this matter before private mediator, Richard Copeland, in March of 2027. Within seven (7) days thereafter, the parties will either file a (1) notice of conditional settlement or (2) status report re. mediation.

10. The parties are also in the process of scheduled the depositions of the individual parties and witnesses to take between the filing of the amended complaint and mediation.

11. As such, the parties respectfully request that all pre-trial and trial date be continued as follows:

| **Deadline** | **Current Date (Doc. 33)** | **Proposed New Date** |
|---|---|---|
| Fact Discovery Cut-Off | - | March 19, 2027 |
| Initial Expert Disclosures | November 23, 2026 | March 29, 2027 |
| Rebuttal Expert Disclosures | December 7, 2026 | April 26, 2027 |
| Expert Discovery Cut Off | - | May 17, 2027 |
| All Discovery Cut Off | December 21, 2026 | - |
| Deadline to Complete Settlement Conference | January 19, 2027 | May 17, 2027 |
| Last Day to File Motions | - | May 24, 2027 |
| Last Day to Hear Motions | February 22, 2027 | June 28, 2027 |
| Final Pre-Trial Conference (11:00 a.m.) | April 19, 2027 | August 30, 2027 |
| Jury Trial Date (09:00 a.m.) | May 4, 2027 | September 14, 2027 |

Respectfully Submitted,

DATED: November 2, 2026

**LAW OFFICES OF DALE K. GALIPO**

By: */s/ Marcel F. Sincich*
Dale K. Galipo, Esq.
Marcel F. Sincich, Esq.
*Attorney for Plaintiff*

DATED: November 2, 2026

**BURKE, WILLIAMS & SORENSEN, LLP**

By: */s/ Caylin W. Jones*
Nathan A. Oyster
Caylin W. Jones
*Attorneys for Defendants*