**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN DOBBINS; individually and as successor in interest to JENNIFER DOBBINS, Decedent,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF RIVERSIDE; JOHN BARTO and DOES 1-10, inclusive.,<br><br>Defendants. | Case No.: 5:25-cv-01444-JGB-DTB<br>[*Honorable Jesus G. Bernal*]<br>Mag. J. David T. Bristow<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES** |

**TO ALL PARTIES AND COUNSEL:**

Having reviewed the parties' Joint Stipulation to Continue Trial and Pre-trial Deadlines, and good cause appearing therein, it is hereby ordered as follows:

| Deadline | Current Date (Doc. 33) | Proposed New Date |
|---|---|---|
| Fact Discovery Cut-Off | - | March 19, 2027 |
| Initial Expert Disclosures | November 23, 2026 | March 29, 2027 |
| Rebuttal Expert Disclosures | December 7, 2026 | April 26, 2027 |
| Expert Discovery Cut Off | - | May 17, 2027 |
| All Discovery Cut Off | December 21, 2026 | - |
| Deadline to Complete Settlement Conference | January 19, 2027 | May 17, 2027 |
| Last Day to File Motions | - | May 24, 2027 |
| Last Day to Hear Motions | February 22, 2027 | June 28, 2027 |
| Final Pre-Trial Conference (11:00 a.m.) | April 19, 2027 | August 30, 2027 |
| Jury Trial Date (09:00 a.m.) | May 4, 2027 | September 14, 2027 |

Dated: ______________________

______________________________
Hon. Jesus G. Bernal
United States District Judge